COLUMBUS BAR ASSOCIATION *v.* BOGGS.

[Cite as Columbus Bar Assn. *v.* Boggs (1988), 39 Ohio St. 3d 601.]

(No. D.D. 88-19—Submitted September 21, 1988—Decided October 19, 1988.)

Kenneth R. Boggs is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.